FRANCES B. GRAY, Appellant, v. PROPERTIES DEVELOPING CORPORATION and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

EDWARD H. DAVIS and Another, as Executors and Trustees, etc., of MORRIS VOGEL, Deceased, Respondents, v. THE VOGEL REALTY AND HOLDING CORPORATION and Others, Appellants.— Order modified so that payments for services performed and dividends paid may be equal to those paid prior to the death of Morris Vogel, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

VIOLA C. RAYMANN, by ROSE GROSS, Her Guardian ad Litem, Respondent, v. JOHN H. MURPHY, Appellant.— Order so far as appealed from modified by further granting a bill of particulars as to items 1, 2 and 3 of the notice of motion, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. The bill of particulars to be served within five days from service of order. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CONSOLIDATED AUTO TRUNK AND SPECIALTY CORPORATION and Another, Appellants, v. IMPERIAL ASSURANCE COMPANY, Respondent, v. THE GLOBE AND RUTGERS FIRE INSURANCE COMPANY OF THE CITY OF NEW YORK, Respondent, v. NORTHERN INSURANCE COMPANY OF NEW YORK, Respondent.— Order affirmed, with ten dollars costs and disbursements to the respondents. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MARTHA HILL McFARLAND and Others, Appellants, v. ANNA C. WOERISHOFFER and Others, Defendants, and CROSS SICLARE and Another, Respondents.— Order modified by providing that the dismissal of the complaint is only as to the respondents Cross Siclare and Marianna Siclare, and by striking out the provision for the cancellation of the *lis pendens*, without prejudice to the right of the defendants to move for cancellation of the *lis pendens* in accordance with section 123 of the Civil Practice Act; and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

RICHARD CROKER, JR., Appellant, v. THE NEW YORK TRUST COMPANY, as Temporary Administrator, etc., of RICHARD CROKER, Deceased, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JULIA M. LEARY, Respondent, v. GEORGE LEARY, Appellant.— Order modified as indicated in order and as so modified affirmed, without costs. No opinion. Present — Finch, Merrell, McAvoy and Proskauer, JJ.

PEARL ALBERT, Respondent, v. FREDERICK HAIRDRESSING SALON, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements, without prejudice to an application by defendant for leave to open its default. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

TERESA A. O'GORMAN, Respondent, v. JOSEPH F. O'GORMAN, Appellant.— Order affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within ten days after service of order. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.